IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–22–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LEODIS ROBERT ROACH, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 99.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Leodis Robert Roach is charged with one count of conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 846 (Count I), one count of possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) (Count II), one count of possession of a firearm in furtherance of a drug

1

trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count III), and one count of prohibited person in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1) (Count IV). (Doc. 20.) Judge DeSoto recommends that this Court accept Roach's guilty plea as to Counts II and III after he appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report. In light of the United States' motion for preliminary order of forfeiture (Doc. 100), the Court will address the issue of forfeiture by separate order.

      Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 99) is ADOPTED in full.

      IT IS FURTHER ORDERED that Roach's motion to change plea (Doc. 91) is GRANTED.

      IT IS FURTHER ORDERED that Leodis Robert Roach is adjudged guilty as charged in Counts II and III of the Indictment.

DATED this 27th day of January, 2026.

_____
Dana L. Christensen, District Judge
United States District Court