IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEODIS ROBERT ROACH and<br>JESSIE LYNN BROWN,<br><br>Defendants. | CR 25–22–BU–DLC<br><br>ORDER |

Before the Court is the United States of America's unopposed motion for final order of forfeiture (Doc. 116). Having reviewed said motion, the Court finds:

1.     The United States commenced forfeiture in this action pursuant to 21 U.S.C. §§ 853(a)(1)-(2), 881(a)(11), and 18 U.S.C. § 924(d).

2.     A preliminary order of forfeiture was entered on October 30, 2025, that forfeited Defendant Jessie Lynn Brown's interest. (Doc. 87.)

3.     A preliminary order of forfeiture was entered on January 27, 2026, that forfeited Defendant Leodis Robert Roach's interest. (Doc. 103.)

4.     All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6).  (Docs. 89, 114.)

5.      It appears there is cause to issue a final order of forfeiture for the property listed within this order under 21 U.S.C. §§ 853(a)(1)-(2), 881(a)(11), 18 U.S.C. § 924(d), and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.      The motion for final order of forfeiture (Doc. 116) is GRANTED.

2.      The following property is finally forfeited to the United States pursuant to 21 U.S.C. §§ 853(a)(1)-(2), 881(a)(11), and 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Glock 42 pistol S/N: AHMK106, 5 rounds of ammunition, three boxes of 380 ammunition, and magazine
- $3,390.00 U.S. Currency
- Glock 23 pistol S/N: BVLD754, 21 rounds of 40 cal. ammunition and magazine
- Loaded Diamondback DB-15 pistol S/N: DB2513756
- Spartan Body Armor
- Any associated ammunition and accessories.

3.      The United States has full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 22nd day of April, 2026.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court

2